UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERRON T. DEJOHNETTE,<br><br>          Plaintiff,<br><br>     v.<br><br>O. GONZALEZ, et al,<br><br>          Defendants. | 1:17-cv-00696 DAD-JLT (PC)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS**<br><br>**(Doc. 30)**<br><br>**THIRTY-DAY DEADLINE** |

On April 18, 2018, defendants filed a motion for summary judgment for failure to exhaust administrative remedies. Following plaintiff's repeated failure to file an opposition, the Court issued findings and recommendations to dismiss this action for failure to prosecute and failure to comply with a court order. (Doc. 30.) Though plaintiff failed to file timely objections, two recent notices of change of address filed by him make it appear the findings and recommendations should be vacated and he should be given one final opportunity to oppose the motion. Accordingly, the Court ORDERS as follows:

1. The August 15, 2018, findings and recommendations (Doc. 30) are VACATED;
2. The Clerk of Court shall serve a copy of defendants' April 18, 2018, motion for summary judgment (Doc. 25) on plaintiff; and

1

3. Plaintiff **SHALL** file an opposition to defendants' motion for summary judgment **within thirty days** from the date of this order.

IT IS SO ORDERED.

Dated: **December 6, 2018**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE